# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2013

*The Court of Appeals hereby passes the following order:*

## A14A0525.  GRADY R. WILLIAMS, JR. v. THE STATE.

Grady R. Williams, Jr., was found guilty of several offenses, including armed robbery, and his sentence was entered on September 26, 2008.  Williams filed a notice of appeal from this ruling on March 20, 2009.[1]

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Because Williams did not file his notice of appeal until 175 days after entry of the order he seeks to appeal, it is untimely.  This appeal is thus DISMISSED for lack of jurisdiction.

We note, however, that Williams was represented by counsel at trial and may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because you failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of

---

[1] Williams filed a motion for new trial on December 8, 2008, which the trial court denied on July 15, 2009.  Williams appealed this ruling.  See Case Number A10A1159.  Because the motion for new trial was untimely, the appeal was dismissed. See *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990); OCGA § 5-5-40 (a).

that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Williams and to Williams's attorney, and the latter is also directed to send a copy to Williams.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 12/20/2013
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*